

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Allie Jaramillo,

* From the County Court at Law
of Ector County,
Trial Court No. CCL-22937.

No. 11-23-00117-CV

* July 11, 2024

City of Odessa Animal Control,

* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.